# Exhibit A

Control Number : 15073663

# STATE OF GEORGIA
## Secretary of State
Corporations Division
313 West Tower
2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

### CERTIFICATE OF REINSTATEMENT

I, **Brad Raffensperger**, the Secretary of State and the Corporation Commissioner of the State of Georgia, hereby certify under the seal of my office that

**SAMA Camp, LLC**
**a Domestic Limited Liability Company**

was formed on 07/25/2015, and later administratively dissolved on 08/26/2019. Said entity has filed an application for reinstatement and has paid all fees and penalties due to the Secretary of State. Attached hereto is a true and correct copy of said application.

WHEREFORE, said entity is hereby reinstated as of 07/12/2021, having met the requirements for reinstatement under Title 14 of the Official Code of Georgia Annotated. The reinstatement shall relate back to and take effect as of the date of the administrative dissolution and the entity may resume its business as if the administrative dissolution had never occurred.

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on **07/13/2021**.



Brad Raffensperger
Secretary of State

# STATE OF GEORGIA
## Secretary of State
### Corporations Division
### 313 West Tower
### 2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

**Application for Reinstatement**

*Electronically Filed*
Secretary of State
Filing Date: 7/12/2021 11:49:03 AM

## BUSINESS INFORMATION

| | | |
|---|---|---|
| **BUSINESS NAME** | : | SAMA Camp, LLC |
| **CONTROL NUMBER** | : | 15073663 |
| **BUSINESS TYPE** | : | Domestic Limited Liability Company |
| **ADMININSTRATIVE DISSOLUTION DATE** | : | 08/26/2019 |

Ground(s) for the administrative dissolution either did not exist or have been eliminated. All taxes owed by the entity have been paid.

## ADDRESS AND REGISTERED AGENT AT TIME OF ADMINISTRATIVE DISSOLUTION

| | | |
|---|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : | 785 Bennett Road, Powder Springs, GA, 30127, USA |
| **REGISTERED AGENT NAME** | : | Shannon Sliger, Salter |
| **REGISTERED OFFICE ADDRESS** | : | 785 Bennet Road, Powder Springs, GA, 30127, USA |
| **REGISTERED OFFICE COUNTY** | : | Paulding |

## UPDATES TO ADDRESS AND REGISTERED AGENT

| | | |
|---|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : | 785 Bennett Road, Powder Springs, GA, 30127, USA |
| **REGISTERED AGENT NAME** | : | Shannon Sliger, Salter |
| **REGISTERED OFFICE ADDRESS** | : | 785 Bennet Road, Powder Springs, GA, 30127, USA |
| **REGISTERED OFFICE COUNTY** | : | Paulding |

## AUTHORIZER INFORMATION

| | | |
|---|---|---|
| **AUTHORIZER SIGNATURE** | : | Shannon Salter Sliger |
| **AUTHORIZER TITLE** | : | Registered Agent |