## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| SAMA CAMP, LLC, ) | |
| ) | |
| Plaintiff, ) | **CIVIL ACTION** |
| ) | |
| v. ) | **FILE NO.: 1:22-cv-01722-TCB** |
| ) | |
| SAMA TEA, LLC; SAMA ) | |
| WORLDWIDE, INC.; ) | |
| SAMA BEVERAGES, LLC; 100.CO; ) | |
| JAY SHETTY; RADHI DEVLUKIA ) | |
| SHETTY, KIM PERELL; and JAMES ) | |
| BRENNAN ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT TEA WORLDWIDE INC.'S CERTIFICATE OF SERVICE OF DISCOVERY

Defendants Sama Tea, LLC, Sama Beverages, LLC, and Sama Worldwide, Inc., now known as Tea Worldwide, Inc. (collectively, "**Tea Worldwide, Inc.**" or "**Defendant**") and hereby certifies that it has this day electronically filed this Certificate of Service of Discovery showing that the following documents were duly served upon all counsel of record via electronic mail on August 22, 2022:

1. DEFENDANT TEA WORLDWIDE, INC.'S FIRST REQUESTS FOR ADMISSION TO PLAINTIFF SAMA CAMP, LLC;

2. DEFENDANT TEA WORLDWIDE, INC.'S FIRST REQUESTS TO PRODUCE TO PLAINTIFF SAMA CAMP, LLC; and,

3. DEFENDANT TEA WORLDWIDE, INC.'S FIRST INTERROGATORIES TO PLAINTIFF SAMA CAMP, LLC

Respectfully submitted this 22nd day of August, 2022.

                                                      WEINBERG, WHEELER,
                                                     HUDGINS, GUNN & DIAL, LLC

                                                     */s/Briana A. Burrows*

| | |
|---|---|
| | William C. Buhay |
| 3344 Peachtree Road, NE, | Georgia Bar No. 093940 |
| Suite 2400 | Briana A. Burrows |
| Atlanta, GA  30326 | Georgia Bar No. 915353 |
| 404-876-2700 | |
| 404-875-9433 Fax | *Counsel for Defendant Tea Worldwide,* |
| wbuhay@wwhgd.com | *Inc.* |
| bburrows@wwhgd.com | |

## **RULE 7.1D CERTIFICATE OF TYPE, FORMAT, AND FONT SIZE**

Pursuant to Local Rule 7.1D of the United States District Court of the Northern District of Georgia, the undersigned certifies that the foregoing submission to the Court was computer-processed, double-spaced between lines, and used Times New Roman font of 14-point size.

*/s/ Briana A. Burrows*
Briana A. Burrows

## **CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing **DEFENDANT TEA WORLDWIDE INC'S CERTIFICATE OF SERVICE OF DISCOVERY** via *CM/ECF*, which will automatically send notification to the following attorneys of record in this action:

>Marcy L. Sperry
>Tayah L. Woodard
>SPERRY IP LAW d/b/a VIVID IP
>3017 Bolling Way, NE
>Atlanta, Georgia 30305
>tayah@vividip.com
>marcy@vividip.com
>
>Zachary Eyster
>BEKIARES ELIEZER, LLP
>2870 Peachtree Rd., #512
>Atlanta GA 30305
>zeyster@founderslegal.com
>
>*Attorneys for Plaintiff*

This 22nd day of August, 2022.

>WEINBERG, WHEELER,
>HUDGINS, GUNN & DIAL, LLC
>
>*/s/ Briana A. Burrows*
>Briana A. Burrows
>Georgia Bar No. 915353
>
>*Counsel for Defendant Tea Worldwide, Inc.*