UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SAMA CAMP, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SAMA TEA, LLC; SAMA WORLDWIDE INC.; SAMA BEVERAGES, LLC; 100.CO; JAY SHETTY; RADHI DEVLUKIA SHETTY; KIM PERELL; and JAMES BRENNAN,<br><br>    Defendants. | CIVIL ACTION NO. 1:22-cv-01722-TCB |

## CERTIFICATE OF SERVICE REGARDING DISCOVERY

Pursuant to Local Rule 5.4, the undersigned hereby certifies that on August 22, 2022, Plaintiff served on all parties of record the following discovery items:

1. Plaintiff's Initial Disclosures;

2. Plaintiff's First Set of Interrogatories to Sama Worldwide Inc.;

3. Plaintiff's First Set of Requests for Production of Documents to Sama Worldwide Inc.;

4. Plaintiff's Notice of Rule 30(b)(6) Deposition of Sama Worldwide Inc.;

5. Plaintiff's First Set of Interrogatories to 100.co Global Holdings, LLC;

6. Plaintiff's First Set of Requests for Production of Documents to 100.co Global Holdings, LLC;

7. Plaintiff's Notice of Rule 30(b)(6) Deposition of 100.co Global Holdings, LLC;

8. Plaintiff's First Set of Interrogatories to Jay Shetty;

9. Plaintiff's First Set of Requests for Production of Documents to Jay Shetty;

10. Plaintiff's Notice of Deposition of Jay Shetty;

11. Plaintiff's First Set of Interrogatories to James Brennan;

12. Plaintiff's First Set of Requests for Production of Documents to James Brennan;

13. Plaintiff's Notice of Deposition of James Brennan;

14. Plaintiff's First Set of Interrogatories to Radhi Devlukia Shetty;

15. Plaintiff's First Set of Requests for Production of Documents to Radhi Devlukia Shetty;

16. Plaintiff's Notice of Deposition of Radhi Devlukia Shetty;

17. Plaintiff's First Set of Interrogatories to Kim Perell;

18. Plaintiff's First Set of Requests for Production of Documents to Kim Perell; and

19. Plaintiff's Notice of Deposition of Kim Perell.

Respectfully submitted, this 22nd day of August, 2022.

**SPERRY IP LAW d/b/a VIVID IP**
/Tayah L. Woodard/
Marcy L. Sperry
marcy@vividip.com
Tayah L. Woodard
tayah@vividip.com
3017 Bolling Way, NE
Atlanta, Georgia 30305
(404) 474-1600

**BEKIARES ELIEZER, LLP**
Zachary Eyster
2870 Peachtree Rd. #512
Atlanta GA 30305
zeyster@founderslegal.com
Telephone: 404.537.3686

*Attorneys for Plaintiff and Counter-Defendant Sama Camp, LLC*