UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SAMA CAMP, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SAMA TEA, LLC; SAMA WORLDWIDE INC.; SAMA BEVERAGES, LLC; 100.CO; JAY SHETTY; RADHI DEVLUKIA SHETTY; KIM PERELL; and JAMES BRENNAN,<br><br>    Defendants. | CIVIL ACTION NO. 1:22-cv-01722-TCB |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

The Parties, in preparation for discovery disclosures that are likely to include trade secrets and/or personal identifying information, respectfully request that the Court enter the attached Proposed Protective Order governing the disclosure of confidential information.

[*signatures on following page*]

Respectfully submitted, this 30th day of August, 2022,

| | |
|---|---|
| **SPERRY IP LAW d/b/a VIVID IP**<br>*/s/Tayah Woodard*_____<br>Marcy L. Sperry<br>marcy@vividip.com<br>Tayah L. Woodard<br>tayah@vividip.com<br>3017 Bolling Way NE<br>Atlanta, Georgia 30305<br>(404) 474-1600<br><br>**BEKIARES ELIEZER, LLP**<br>Zachary Eyster<br>2870 Peachtree Rd. #512<br>Atlanta GA 30305<br>zeyster@founderslegal.com<br>Telephone: 404.537.3686<br><br>*Attorneys for Plaintiff Sama Camp, LLC* | **WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**<br>*/s/ William C. Buhay*_____<br>William C. Buhay<br>wbuhay@wwhgd.com<br>Brianna A. Burrows<br>bburrows@wwhgd.com<br>3344 Peachtree Road NE<br>Suite 2400<br>Atlanta, GA 30326<br>Phone: 404-876-2700<br>Fax: 404-875-9433<br><br>*Attorneys for Defendants Sama Tea, LLC, Sama Beverages, LLC, Sama Worldwide, Inc., 100.co Global Holdings, LLC, Jay Shetty, Radhi Devlukia Shetty, Kim Perell, and James Brennan* |