UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SAMA CAMP, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SAMA TEA, LLC; SAMA WORLDWIDE INC.; SAMA BEVERAGES, LLC; 100.CO; JAY SHETTY; RADHI DEVLUKIA SHETTY; KIM PERELL; and JAMES BRENNAN,<br><br>    Defendants. | CIVIL ACTION NO. 1:22-cv-01722-TCB |

## MOTION FOR ORAL ARGUMENT ON MOTION TO DISMISS

Plaintiff filed its Motion to Dismiss on August 11, 2022. ECF No. 25. The Motion has now been fully briefed and submitted to the Court for review. To assist with that review, Plaintiff requests that the parties be given the benefit of oral argument. Pursuant to the Court's Instructions to Parties and Counsel, "the Court will consider any request for hearing" but "shall grant a request for oral argument on a contested, substantive motion if the request states that a lawyer of less than five years out of law school will conduct the oral argument." Instructions to Parties and Counsel in Civil Cases Proceeding Before Judge Batten ¶ 19.[1]

---

[1] *See* http://www.gand.uscourts.gov/case-prep-judge-batten (last visited Sept. 13, 2022).

The undersigned counsel plans to lead the oral argument on Plaintiff's behalf. Although she is just over five years out of law school, she has only been practicing adversarially for approximately three-and-a-half years, having spent time as a federal judicial term clerk for part of her career. Moreover, given the constraints of the COVID-19 crisis, she has not had the opportunity to argue a motion in-person in several years. Accordingly, Plaintiff respectfully requests that the Court schedule oral argument on Plaintiff's pending Motion to Dismiss.

Respectfully submitted, this 13th day of September, 2022.

**SPERRY IP LAW d/b/a VIVID IP**
/Tayah L. Woodard/
Marcy L. Sperry
marcy@vividip.com
Tayah L. Woodard
tayah@vividip.com
3017 Bolling Way, NE
Atlanta, Georgia 30305
(404) 474-1600

**BEKIARES ELIEZER, LLP**
Zachary Eyster
2870 Peachtree Rd. #512
Atlanta GA 30305
zeyster@founderslegal.com
Telephone: 404.537.3686

*Attorneys for Plaintiff and Counter-Defendant Sama Camp, LLC*

## LOCAL RULE 7.1 COMPLIANCE CERTIFICATE

I hereby certify that the foregoing Motion for Oral Argument on Motion to Dismiss was prepared using Times New Roman 14-point font, and otherwise conforms to the requirements of Local Rule 5.1(c) and 7.1.D.

This 13th day of September, 2022.

/s/Tayah Woodard/
Tayah Woodard