# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| SAMA CAMP, LLC, | ) |
|     Plaintiff, | ) **CIVIL ACTION** |
| v. | ) **FILE NO.: 1:22-cv-01722-TCB** |
| SAMA TEA, LLC; SAMA WORLDWIDE, INC.; SAMA BEVERAGES, LLC; 100.CO; JAY SHETTY; RADHI DEVLUKIA SHETTY, KIM PERELL; and JAMES BRENNAN, | ) |
|     Defendants. | ) |

## **DEFENDANTS' CERTIFICATE OF SERVICE OF DISCOVERY**

Pursuant to Local Rule 5.4, Defendants hereby certify that the following discovery has this day been served on all parties of record:

1. *James Brennan's Responses to Plaintiff's First Set of Interrogatories;*

2. *James Brennan's Responses to Plaintiff's First Set of Requests for Production;*

3. *Kim Perell's Responses to Plaintiff's First Set of Interrogatories;*

4. *Kim Perell's Responses to Plaintiff's First Set of Requests for Production;*

5. *Radhi Shetty's Responses to Plaintiff's First Set of Interrogatories;*

6. *Radhi Shetty's Responses to Plaintiff's First Set of Requests for Production;*

7. *Jay Shetty's Responses to Plaintiff's First Set of Interrogatories;*

8. *Jay Shetty's Responses to Plaintiff's First Set of Requests for Production;*

9. *100.co Global Holdings, LLC's Responses to Plaintiff's First Set of Interrogatories;*

10. *100.co Global Holdings, LLC's Responses to Plaintiff's First Set of Requests for Production;*

11. *Tea Worldwide Inc.'s Responses to Plaintiff's First Set of Interrogatories; and*

12. *Tea Worldwide Inc.'s Responses to Plaintiff's First Set of Requests for Production.*

Respectfully submitted this 21ˢᵗ day of September , 2022.

                          WEINBERG, WHEELER,
                          HUDGINS, GUNN & DIAL, LLC

                          */s/ William C. Buhay*
                          William C. Buhay
                          Georgia Bar No. 093940
                          Briana A. Burrows
                          Georgia Bar No. 915353

3344 Peachtree Road, NE,     *Counsel for Defendants Tea Worldwide,*
Suite 2400                               *Inc., 100.co, Jay Shetty, Radhi Devlukia*
Atlanta, GA  30326                *Shetty, Kim Perell, and James Brennan*
404-876-2700
404-875-9433 Fax
wbuhay@wwhgd.com
bburrows@wwhgd.com

## **RULE 7.1D CERTIFICATE OF TYPE, FORMAT, AND FONT SIZE**

Pursuant to Local Rule 7.1D of the United States District Court of the Northern District of Georgia, the undersigned certifies that the foregoing submission to the Court was computer-processed, double-spaced between lines, and used Times New Roman font of 14-point size.

/s/ *William C. Buhay*
William C. Buhay
Georgia Bar No. 093940

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DEFENDANTS' CERTIFICATE OF SERVICE OF DISCOVERY** via *CM/ECF*, which will automatically send notification to the following attorneys of record in this action:

>Marcy L. Sperry
>Tayah L. Woodard
>SPERRY IP LAW d/b/a VIVID IP
>3017 Bolling Way, NE
>Atlanta, Georgia 30305
>tayah@vividip.com
>marcy@vividip.com
>
>Zachary Eyster
>BEKIARES ELIEZER, LLP
>2870 Peachtree Rd., #512
>Atlanta GA 30305
>zeyster@founderslegal.com
>
>*Attorneys for Plaintiff*

This 21st day of September, 2022.

>WEINBERG, WHEELER,
>HUDGINS, GUNN & DIAL, LLC
>
>*/s/ William C. Buhay*
>William C. Buhay
>Georgia Bar No. 093940
>
>*Counsel for Defendants Tea Worldwide, Inc., 100.co, Jay Shetty, Radhi Devlukia Shetty, Kim Perell, and James Brennan*