# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:22-cv-01722-TCB
## Sama Camp, LLC v. Sama Tea, LLC et al
## Honorable Timothy C. Batten, Sr.

Minute Sheet for proceedings held In Open Court on 10/11/2022.

TIME COURT COMMENCED: 1:45 P.M.
TIME COURT CONCLUDED: 2:49 P.M.       COURT REPORTER: Lori Burgess
TIME IN COURT: 1:04                   DEPUTY CLERK: Uzma Wiggins
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | William Buhay representing Sama Tea, LLC<br>Briana Burrows representing Sama Beverages, LLC<br>Tayah Woodard representing Sama Camp, LLC |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | [25]Motion to Dismiss for Failure to State a Claim DENIED<br>[35]Motion to Stay DENIED Denied as moot. |
| MINUTE TEXT: | The Court heard from both parties regarding the pending motions. The Court ordered Plaintiff to file an answer to the counterclaim within 14 days. Fact discovery has been extended through and including December 31, 2022. The Court also ordered the parties to participate in mediation by 11/10/2022. The Court ordered the parties to submit a proposed order regarding discovery extension, required mediation, and names of amended parties as discussed in hearing. |
| HEARING STATUS: | Hearing Concluded |