UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SAMA CAMP, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TEA WORLDWIDE INC.; 100.CO; JAY SHETTY; RADHI DEVLUKIA SHETTY; KIM PERELL; and JAMES BRENNAN,<br><br>    Defendants. | CIVIL ACTION NO. 1:22-cv-01722-TCB |

## CERTIFICATE OF SERVICE REGARDING DISCOVERY

Pursuant to Local Rule 5.4, the undersigned hereby certifies that on October 11, 2022, Plaintiff served on all parties of record Plaintiff's Second, Third, Fourth, and Fifth Document Productions.

Respectfully submitted, this 13th day of October, 2022.

**SPERRY IP LAW d/b/a VIVID IP**
/Tayah L. Woodard/
Marcy L. Sperry
marcy@vividip.com
Tayah L. Woodard
tayah@vividip.com
3017 Bolling Way, NE
Atlanta, Georgia 30305
(404) 474-1600

**BEKIARES ELIEZER, LLP**
Zachary Eyster
2870 Peachtree Rd. #512

        Atlanta GA 30305
        zeyster@founderslegal.com
        Telephone: 404.537.3686

*Attorneys for Plaintiff and Counter-Defendant Sama Camp, LLC*