IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SAMA CAMP, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SAMA TEA, LLC; SAMA WORLDWIDE, INC.; SAMA BEVERAGES, LLC; 100.CO; JAY SHETTY; RADHI DEVLUKIA SHETTY; KIM PERELL; and JAMES BRENNAN<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO.: 1:22-cv-1722-TCB |

## **O R D E R**

WHEREAS the Court held a hearing on October 11, 2022 on the Plaintiff's Motion to Dismiss Counterclaim (Dkt. 25) and Motion to Stay Discovery Pending Resolution of the Motion to Dismiss (Dkt. 35).

WHEREAS at the hearing the Court having considered the filings and the oral arguments as well as determining other matters relevant to this case the Court finds as follows:

1. Tea Worldwide, Inc. is hereby substituted in as Defendant for Defendants Sama Tea, LLC; Sama Worldwide, LLC; and Sama Beverages, LLC and Sama Tea, LLC; Sama Worldwide, LLC; and

Sama Beverages, LLC are hereby dismissed as Defendants from this matter. The Clerk is hereby directed to amend the style of the case as follows: *Sama Camp, LLC v. Tea Worldwide, Inc.; 100.co; Jay Shetty; Radhi Devlukia Shetty; Kim Perell; and James Brennan.*

2. Based on discussions with counsel the Court hereby orders fact discovery extended through December 31, 2022.

3. The Court further hereby orders and adjudges the parties mediate the case by November 10, 2022. In this regard, a representative of the Plaintiff, a representative of Defendants Tea Worldwide, Inc. and 100.co, and a representative for any insurers must attend the mediation in person, but the individual defendants may attend the mediation telephonically or via videoconference.

IT IS SO ORDERED this 13th day of October, 2022.

_____
Timothy C. Batten, Sr.
Chief United States District Judge