# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SAMA CAMP, LLC, ) | |
| ) | |
| Plaintiff, ) | **CIVIL ACTION** |
| ) | |
| v. ) | **FILE NO.:  1:22-cv-01722-TCB** |
| ) | |
| TEA WORLDWIDE, INC.; ) | |
| 100.CO; JAY SHETTY; RADHI ) | |
| DEVLUKIA SHETTY, KIM ) | |
| PERELL; and JAMES BRENNAN, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## **DEFENDANTS' CERTIFICATE OF SERVICE OF DISCOVERY**

Pursuant to Local Rule 5.4, Defendants hereby certify that the following discovery has this day been served on all parties of record via email:

1. *Defendant Tea Worldwide, Inc.'s Second Requests to Produce to Plaintiff Sama Camp, LLC; and,*

2. *Defendant Kim Perell's First Interrogatories to Plaintiff Sama Camp, LLC*

1

Respectfully submitted this 24th day of October, 2022.

                                      WEINBERG, WHEELER,
                                      HUDGINS, GUNN & DIAL, LLC

                                      */s/ Briana A. Burrows*
                                      William C. Buhay
                                      Georgia Bar No. 093940
                                      Briana A. Burrows
                                      Georgia Bar No. 915353

3344 Peachtree Road, NE,         *Counsel for Defendants Tea Worldwide,*
Suite 2400                                   *Inc., 100.co, Jay Shetty, Radhi Devlukia*
Atlanta, GA  30326                      *Shetty, Kim Perell, and James Brennan*
404-876-2700
404-875-9433 Fax
wbuhay@wwhgd.com
bburrows@wwhgd.com

**RULE 7.1D CERTIFICATE OF TYPE, FORMAT, AND FONT SIZE**

Pursuant to Local Rule 7.1D of the United States District Court of the Northern District of Georgia, the undersigned certifies that the foregoing submission to the Court was computer-processed, double-spaced between lines, and used Times New Roman font of 14-point size.

*/s/ Briana A. Burrows*
Briana A. Burrows
Georgia Bar No. 915353

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DEFENDANTS' CERTIFICATE OF SERVICE OF DISCOVERY** via *CM/ECF*, which will automatically send notification to the following attorneys of record in this action:

>Marcy L. Sperry
>Tayah L. Woodard
>SPERRY IP LAW d/b/a VIVID IP
>3017 Bolling Way, NE
>Atlanta, Georgia 30305
>tayah@vividip.com
>marcy@vividip.com
>
>Zachary Eyster
>BEKIARES ELIEZER, LLP
>2870 Peachtree Rd., #512
>Atlanta GA 30305
>zeyster@founderslegal.com
>
>*Attorneys for Plaintiff*

This 24th day of October, 2022.

>WEINBERG, WHEELER,
>HUDGINS, GUNN & DIAL, LLC
>
>*/s/ Briana A. Burrows*
>Briana A. Burrows
>Georgia Bar No. 915353
>
>*Counsel for Defendants Tea Worldwide, Inc., 100.co, Jay Shetty, Radhi Devlukia Shetty, Kim Perell, and James Brennan*