# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:22-cv-01722-TCB
## Sama Camp, LLC v. Tea Worldwide, Inc. et al
## Honorable Walter E. Johnson

Minute Sheet for proceedings held on 11/10/22.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 2:00 P.M.
TIME IN COURT: 4:00
OFFICE LOCATION: Rome

DEPUTY CLERK: Kari Butler

| | |
|---|---|
| ATTORNEY(S) PRESENT: | William Buhay representing 100.CO<br>Zachary Eyster representing Sama Camp, LLC<br>Tayah Woodard representing Sama Camp, LLC |
| OTHER(S) PRESENT: | Manay Sperry<br>Shannon Sliger<br>Alejandro Aguirre<br>Amir Carter |
| PROCEEDING CATEGORY: | Mediation |
| MINUTE TEXT: | Mediation held on 11/10/2022 and continued to a later date. |
| HEARING STATUS: | Hearing not concluded. Court adjourned until further ordered. |