AO 458 (Rev. 06/09) Entry of Appearance

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| SAMA CAMP, LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-1722-TCB |
| TEA WORLDWIDE, INC., et al. | ) | |
| *Defendant* | ) | |

**ENTRY OF APPEARANCE**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as attorney for:

Tea Worldwide, Inc., 100.CO, Jay Shetty, Radhi Devlukia Shetty, Kim Perell, James Brennan .

Date: 11/21/2022

/s/ Joshua E. Swiger
*Attorney's signature*

Joshua E. Swiger   695426
*Printed name and bar number*

Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

*Address*

jswiger@wwhgd.com
*E-mail address*

(404) 876-2700
*Telephone number*

(404) 875-9433
*FAX number*

cc: all attorneys of record