# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SAMA CAMP, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TEA WORLDWIDE, INC.; 100.CO; JAY SHETTY; RADHI DEVLUKIA SHETTY; KIM PERELL; and JAMES BRENNAN,<br><br>    Defendants. | CIVIL ACTION<br><br>NO. 1:22-cv-01722-TCB |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Sama Camp, LLC and Defendants Tea Worldwide, Inc., 100.co, LLC Jay Shetty, Radhi Devlukia Shetty, Kim Perell, and James Brennan, by and through their respective undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby mutually dismiss with prejudice all claims and counterclaims asserted in this action, with each party to bear its own costs, fees, and expenses.

Jointly submitted this 29th day of December, 2022.

**BEKIARES ELIEZER, LLP**

*/s/ Zachary Eyster*_____
Zachary Eyster
(Signed WEP by William Buhay
2870 Peachtree Rd. #512
Atlanta GA 30305
zeyster@founderslegal.com
Telephone: 404.537.3686

**SPERRY IP LAW d/b/a VIVID IP**
Marcy L. Sperry
marcy@vividip.com
Tayah L. Woodard
tayah@vividip.com
3017 Bolling Way NE
Atlanta, Georgia 30305
(404) 474-1600

*Attorneys for Plaintiff Sama Camp, LLC*

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

*/s/ William C. Buhay*_____
William C. Buhay
wbuhay@wwhgd.com
Brianna A. Burrows
bburrows@wwhgd.com
3344 Peachtree Road NE
Suite 2400
Atlanta, GA 30326
Phone: 404-876-2700
Fax: 404-875-9433

*Attorneys for Defendants Sama Tea, LLC, Sama Beverages, LLC, Sama Worldwide, Inc., 100.co Global Holdings, LLC, Jay Shetty, Radhi Devlukia Shetty, Kim Perell, and James Brennan*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing ***Joint Stipulation of Dismissal With Prejudice*** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Marcy L. Sperry
Tayah L. Woodard
Sperry IP Law d/b/a Vivid IP
3017 Bolling Way, NE
Atlanta, Georgia 30305
tayah@vividip.com
marcy@vividip.com

*Attorneys for Plaintiff*

Zachary Eyster
Bekiares Eliezer, LLP
2870 Peachtree Rd., #512
Atlanta GA 30305
zeyster@founderslegal.com

*Attorneys for Plaintiff*

This 29th day of December, 2022.

WEINBERG, WHEELER,
HUDGINS, GUNN & DIAL, LLC

*/s/ William C. Buhay*
William C. Buhay
Georgia Bar No. 093940
Brianna A. Burrows
Georgia Bar No. 915353

*Attorneys for all named Defendants*

3344 Peachtree Rd., NE
Suite 2400
Atlanta, Georgia  30326
Ph:  404-876-2700
wbuhay@wwhgd.com
bburrows@wwhgd.com